

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

John Turner Gray, Appellant

No. 06-16-00005-CR     v.

The State of Texas, Appellee

Appeal from the 366th District Court of Collin County, Texas (Tr. Ct. No. 366-81876-2014). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, John Turner Gray, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 17, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk